# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ALBERT J. BROOKS

**CRIMINAL COMPLAINT**

FILED
AUG 27 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER: 07-_6418_-M

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I
(Obstruction of Commerce By Robbery)

On or about August 18, 2007, in Rock Island County, in the Central District of Illinois, the defendant,

**ALBERT J. BROOKS**

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully take and obtain approximately $210.00 in United States currency from an employee of the HyVee grocery store, 2001 5th Street, Silvis, Illinois, a business engaged in commerce between points within the State of Illinois and points outside thereof, against said employee's will, by means of actual or threatened force, violence, and fear of immediate injury to said employee's person at the time of the taking and obtaining.

All in violation of Title 18, United States Code, Section 1951 and 2.

### COUNT II
(Bank Robbery)

On or about August 20, 2007, in Rock Island County, in the Central District of Illinois, the defendant,

**ALBERT J. BROOKS**

did knowingly and intentionally, by force, violence, and intimidation, take from the person and presence of an employee of the American Bank & Trust, N.A., 3730 18th Avenue, Rock Island, Illinois approximately $740 in United States currency belonging to, and in the care, custody, control, management, and possession of, the American Bank & Trust, N.A., an institution the deposits of which are insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

I further state that I am a Special Agent, Federal Bureau of Investigation, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes ☐ No

S/Jason Manar
Signature of Complainant
Jason Manar, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

August 27, 2007                                    Rock Island, Illinois
_____    at    _____
Date                                                City and State
Thomas J. Shields
United States Magistrate Judge
                                                    S/Thomas J. Shields

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jason Manar, Special Agent, Federal Bureau of Investigation, being first duly sworn, deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2006. Prior to my employment with the FBI, I was employed for six years with the Kentucky State Police. As a Special Agent with the FBI, I am vested with the authority to investigate violations of Federal laws, including bank robbery and other crimes. The assertions in this Affidavit are based upon my investigation and investigations conducted by other FBI Special Agents and law enforcement officers and detectives.

2. This Affidavit is in support of a criminal complaint charging Albert Jacob Brooks ("Brooks"), with violations of 18 U.S.C. 2113(a), 1951 and 2.

3. On Saturday, August 18, 2007, at approximately 8:15 PM, a white male robbed the HyVee grocery store located at 2001 5th Street in Silvis, Illinois. HyVee is a store that sells food and other groceries that are delivered to it from places and points outside and inside the State of Illinois.

4. The white male who robbed the HyVee entered the store and then went to the customer service counter to inquire about cashing a personal check. The customer service representative told the individual that she could not cash a check for him unless he was enrolled in the store's check verification program, and that he would need personal identification to enroll in that program. The individual told the customer service representative that he had forgotten his identification, and that he was going to wait for someone to bring his identification to him. The individual then waited for approximately two hours in the HyVee store in the customer service area and a nearby seating area. At approximately 8:15 p.m. on August 18, 2007, the customer

service attendant turned away momentarily from the customer service desk. When the customer service representative turned back around, the individual (later identified as Brooks), was at the customer service counter with a knife in his hand. Brooks demanded that the customer service representative give him "all of those twenties," referring to United States currency the customer service representative possessed on behalf of HyVee. After the customer service representative gave Brooks the money he requested, then Brooks told the customer service representative to give him all the "tens too" (referring to ten dollar bills). The customer service representative then handed Brooks the money as he demanded. Brooks then left the store with approximately $210 in United States Currency that he took from the customer service representative.

5. The HyVee maintains surveillance cameras, which were operational during the robbery. An Officer from the Silvis Police Department subsequently reviewed the video taken during the robbery. That Officer determined that the individual seen on the video appeared to be Brooks. The Officer is familiar with Brooks through a prior contact with Brooks.

6. On Monday, August 20, 2007, at approximately 1:39 PM, a white male robbed the American Bank & Trust, N.A. ("American Bank"), which is located at 3730 18th Avenue, Rock Island, Illinois. The deposits for the American Bank are federally insured by the Federal Deposit Insurance Corporation (FDIC). The white male (later identified as Brooks) entered the bank via the lobby doors where he walked up to the ticket island and paused before approaching a commercial teller. Before Brooks initiated the robbery, the commercial teller explained to Brooks that he would need to see another teller if he did not have a business account with the bank. Brooks then walked over to the next available teller and handed that teller a note. The note stated "This is a robbery. Casualy (sic) hand ME a 1inch STack of 20's 50's & 100's or Ill lite This bitch up!"

7. The teller who was given the note from Brooks then handed Brooks approximately $740 in United States currency. The teller also retained the note. After receiving the money, Brooks left the bank on foot.

8. American Bank maintains surveillance cameras, which were operational during the robbery. A Detective with the Silvis Police Department reviewed surveillance images of the bank robber and positively identified the robber as Brooks. That Detective is familiar with Brooks because the detective has had previous contacts with Brooks.

9. On August 21, 2007, after receiving an anonymous tip regarding the whereabouts of Brooks, Brooks was arrested by the Rock Island Police Department at a home located in Rock Island, Illinois. The home where Brooks was located was searched, after the owner of the home provided written consent to allow the search. During this search, a shirt was found that appeared to match the shirt worn by Brooks during the two robberies. In addition, a torn piece of paper that appears to be the other half of the demand note presented to the teller during the American Bank robbery was also found.

10. On August 21, 2007, a Rock Island Detective conducted an interview of Brooks. Brooks was read *Miranda* warnings and signed a *Miranda* waiver form. Brooks was then interviewed. During the interview, Brooks admitted to the August 18, 2007, robbery of the HyVee located at 2001 5th Street in Silvis, Illinois as well as the American Bank robbery that occurred on August 20, 2007 in Rock Island, Illinois.

11. On August 21, 2007, a Detective with the Silvis Police Department also conducted an interview of Brooks. Brooks was read *Miranda* warnings and signed a *Miranda* waiver form. Brooks was then interviewed. During the interview, Brooks admitted to the

August 18, 2007, robbery of the HyVee located at 2001 5th Street in Silvis, Illinois as well as the American Bank robbery that occurred on August 20, 2007 in Rock Island, Illinois.

                                                S/Jason Manar
                                                Jason Manar, Special Agent
                                                Federal Bureau of Investigation

Subscribed to and sworn before me on this 27th day of August, 2007.

S/Thomas J. Shields
Thomas J. Shields
United States Magistrate Judge