# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ALBERT J. BROOKS

**WARRANT FOR ARREST**

CASE NUMBER: 07-6418

FILED
SEP - 4 2007
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ALBERT J. BROOKS___
                                         Name

and bring him forthwith to the nearest magistrate judge to answer a

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice

charging him with (brief description of offense)

**COUNT I**
(Obstruction of Commerce By Robbery)

On or about August 18, 2007, in Rock Island County, in the Central District of Illinois, the defendant,

**ALBERT J. BROOKS**

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully take and obtain approximately $210.00 in United States currency from an employee of the HyVee grocery store, 2001 5th Street, Silvis, Illinois, a business engaged in commerce between points within the State of Illinois and points outside thereof, against said employee's will, by means of actual or threatened force, violence, and fear of immediate injury to said employee's person at the time of the taking and obtaining.

All in violation of Title 18, United States Code, Section 1951 and 2.

**COUNT II**
(Bank Robbery)

On or about August 20, 2007, in Rock Island County, in the Central District of Illinois, the defendant,

**ALBERT J. BROOKS**

did knowingly and intentionally, by force, violence, and intimidation, take from the person and presence of an employee of the American Bank & Trust, N.A., 3730 18th Avenue, Rock Island, Illinois approximately $740 in United States currency belonging to, and in the care, custody, control, management, and possession of, the American Bank & Trust, N.A., an institution the deposits of which are insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

in violation of Title ___18___ United States Code, Section(s) ___2, 1951 and 2113(a)___

| | |
|---|---|
| Thomas J. Shields | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| s/Thomas J. Shields | August 27, 2007, Rock Island, Illinois |
| Signature of Issuing Officer | Date and Location |

Bail fixed at /$ Pre-Trial Detention    by    Thomas J. Shields, U.S. Magistrate Judge

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED<br>08/28/07<br>DATE OF ARREST<br>08/27/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Jason Manar<br>FBI | SIGNATURE OF ~~ARRESTING~~ OFFICER<br>s/Larry Hollis |

AO 442 (Rev. 5/93) Warrant for Arrest