IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND



FILED
SEP 1 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 07-40082 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Sections 1951, 2113(a) and 2 |
| ALBERT J. BROOKS ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(OBSTRUCTION OF COMMERCE BY ROBBERY)

On or about August 18, 2007, in Rock Island County, in the Central District of Illinois, the defendant,

**ALBERT J. BROOKS,**

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully take and obtain approximately $210.00 in United States currency from an employee of the HyVee grocery store, located at 2001 5th Street, Silvis, Illinois, a business engaged in commerce between points within the State of Illinois and points outside thereof, against said employee's will, by means of actual and threatened force, violence, and fear of immediate injury to said employee's person at the time of the taking and obtaining.

All in violation of Title 18, United States Code, Section 1951 and 2.

## COUNT TWO
(BANK ROBBERY)

On or about August 20, 2007, in Rock Island County, in the Central District of Illinois, the defendant,

**ALBERT J. BROOKS,**

did knowingly and intentionally, by force, violence, and intimidation, take from the person and presence of an employee of the American Bank & Trust, N.A., located at 3730 18th Avenue, Rock Island, Illinois, approximately $740 in United States currency belonging to, and in the care, custody, control, management, and possession of, the American Bank & Trust, N.A., an institution the deposits of which are insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

s/Foreperson

FOREPERSON

s/Asst. US Attorney

RODGER A. HEATON
UNITED STATES ATTORNEY
MJC