E-FILED
Friday, 28 September, 2007  08:50:52 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **07-40082** <br> ) <br> ) <br> ) |
| **Albert Brooks** <br> Defendant | |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:45 PM** on **Friday, November 2, 2007** in person in Rock Island.

This matter is set for Jury Trial at 9:00 A.M. on **Monday, November 26, 2007**

at

[  ] Peoria, Illinois

[XX] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 26th day of September, 2007

s/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE

07-40082 Brooks SO 092607.wpd